JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 19-203 RSM |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO |
| MITCHELL VAUGHAN, | |
| Defendant. | |

The Court, having reviewed the defendants unopposed motion, the record in this matter and the applicable law, hereby GRANTS the defendant's motion to proceed with a plea hearing by video, consistent with General Order 15-20 and CARES Act §15002(b)(2).

The court finds that, pursuant to CARES Act §15002(b)(2), a video plea hearing is authorized because "the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice."  Specifically, the court finds that given the length of time this case has been pending, the fact that Mr. Vaughan has been incarcerated pretrial and will be denied the opportunity to resolve his case until at least January 2021 if he is denied the opportunity for a

-1-

ORDER TO PROCEED WITH
PLEA HEARING BY VIDEO

Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com

video plea hearing, the need to encourage resolution of cases that have reached plea agreements in order to facilitate efficent use of the court's and the parties' limited resources, that the plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated this 1st day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, WA 98104
(206) 445-0215

-2-

ORDER TO PROCEED WITH
PLEA HEARING BY VIDEO

Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com